with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before November 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Contested Probate of the Last Will and Testament of CAROLINE STERN, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ORANGE NATIONAL BANK and Another v. 2235 WEBSTER AVENUE CORPORATION and Others, Impleaded with 6802 RIDGE BOULEVARD CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MOSCAHLADES BROS., INC., v. STAVROS C. CARACOSTA and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN BOBIK v. TESSIE SZWED, Also Known as TESSIE LEMISZEWSKA, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISIDOR LEVY v. BOUTAY PRODUCTS Co., INC. DOROTHY STRAUS and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GUSTAVE LEIMAN v. ALICE M. BAGLEY, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others, as Executors, etc., of PHILIP GOLDBERG, Deceased, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others, as Executors, etc., of PHILIP GOLDBERG, Deceased, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others, as Executors, etc., of PHILIP GOLDBERG, Deceased, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH KRAUS.— Motion to dismiss appeal denied and defendant's time in which to argue appeal extended to and including November 5, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST TILLMANN and Another. — Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HOPE.— Motion to dismiss appeal denied, and defendant's time in which to file appellant's points extended to and including November 6, 1930, with notice of argument for December 3, 1930, and defendant's time in which to bring on said appeal for argument extended to